UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

United States District Court
Northern District of California

KULDEEP SINGH,

Plaintiff,

v.

PAMELA JO BONDI, et al.,

Defendants.

Case No. 25-cv-05265-ASK

**JUDGMENT**

On October 28, 2026, the Court granted Defendants' motion for summary judgment. Pursuant to Federal Rule of Civil Procedure 58, the Court hereby **ENTERS JUDGMENT** in favor of Defendants and against Plaintiff Singh. The Clerk of the Court shall terminate the case.

**IT IS SO ORDERED.**

Dated: October 28, 2026

AJAY KRISHNAN
United States Magistrate Judge